**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : CRIMINAL ACTION NOS. |
| v. | : 1:11-CR-391-5-RWS-RGV |
| | : |
| EVAN FRANCIS, | : CIVIL ACTION NOS. |
| | : 1:18-CV-1323-RWS-CMS |
| Defendant. | : |

## **ORDER**

This matter is before the Court on the Report and Recommendation of Magistrate Judge Russell G. Vineyard [Doc. No. 380]. No objections have been filed thereto. Having carefully reviewed the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 380] is hereby approved and adopted as the opinion and order of this Court. As such, Defendant's Motion to Vacate [Doc. No. 379] is DENIED, and a Certificate of Appealability is DENIED. The Clerk is DIRECTED to close the Civil Action.

**SO ORDERED** this 15th day of May, 2018.

_____
**RICHARD W. STORY**
United States District Judge